```
IN THE UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF ARKANSAS
        FORT SMITH DIVISION
```

RONALD TRYON                                              PLAINTIFF

    v.                    No. 05-2169

DEPUTY DYKE; LT. JACKSON;
and NURSE CHRIS REED                                      DEFENDANTS

## **ORDER**

Now on this 16th day of January 2007, there comes on for consideration the report and recommendation filed herein on December 18, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 26).  The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' motion for summary judgment (Doc. 19) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge